

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSEPH NIZAR AL-HANNA, | § | No. 08-17-00037-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150C05817) |
| | § | |

# O R D E R

On February 24, 2017, the trial court granted George Al-Hanna's motion to withdraw as counsel. It is unclear to the Court whether Appellant intends to retain appellate counsel or if he is entitled to the appointment of counsel.

Therefore, it is ORDERED that the trial court conduct a hearing in order to determine if the appellant is entitled to court-appointed counsel, has retained counsel or if he wishes to proceed pro se. The trial court shall enter all necessary orders and/or findings which may include appointing counsel to represent Appellant on appeal. In the event Appellant elects to proceed pro se, the trial court shall make Appellant aware of the dangers and disadvantages of self-representation and develop evidence as to whether appellant's apparent decision to relinquish benefits associated with counsel and to proceed pro se is knowingly and intelligently made under *Hubbard v. State*, 739 S.W.2d 341 (Tex.Crim.App. 1987)

The trial court shall forward its findings to the County Clerk of El Paso County, Texas, on or before March 29, 2017. The County Clerk shall prepare and forward a supplemental clerk's record containing the findings and any order appointing counsel, and forward the same to this Court on or before April 8, 2017. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before April 8, 2017.

IT IS SO ORDERED this 9th day of March, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.